UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 04-80567-CIV-RYSKAMP/VITUNAC

ULICE GILLARD, on his own
behalf and on behalf of others
similarly situated,

    Plaintiff,

v.

FPL GROUP, INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes upon the parties' Joint Stipulation and Order for Dismissal with Prejudice **[DE 10]**, filed August 9, 2004. The parties stipulate that this action has been settled and request that the Court dismiss the action with prejudice, retaining jurisdiction to enforce the terms of the settlement agreement. It is hereby

ORDERED AND ADJUDGED that this Cause be, and the same hereby is, DISMISSED WITH PREJUDICE. The Clerk of the Court shall **CLOSE** the case and **DENY** any pending motions as **MOOT**. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 16th day of August, 2004.

                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

Copies provided:
Gregg Shavitz, Esq.
Ellen Malasky, Esq.